UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

<div style="float:right">FILED
May 3, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK</div>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> MOHAMMAD NWAZ KHAN, ) </br> ) </br> Defendant. ) | CASE NUMBER: 2:12-mj-00108 KJN </br></br> ORDER FOR RELEASE </br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mohammad Nwaz Khan</u>; Case <u>2:12-mj-00108 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $200,000.00, co-signed by Riaz Khan, Fayaz Khan and Asad Khan

    __   Appearance Bond with 10% Deposit

    _X_   (Other) <u>Pretrial Supervision/Conditions; **Defendant to be released on 5/4/2012 at 2:00 PM**, conditional upon personally identifying information of the sureties being provided to the government and pretrial services to determined their appropriateness as sureties.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>5/3/2012</u>  at 3:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge