UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
May 18, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-cr-00180-JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MOHAMMAD NWAZ KHAN, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mohammad Nwaz Khan</u>; Case <u>2:12-cr-00180-JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$200,000.00</u>, co-signed by Cesar Mendoza, Maria Sonia Mendoza, Mohammad Iqrar Khan, Aquil Mahmood, Asthma Khan, Shoaib Sarwar, defendant's wife and defendant's daughter and partially secured by the posting, within three weeks, of all available equity in the Kayla Court property in Marysville, CA owned by Cesar Mendoza and Maria Sonia Mendoza. The co-signers are ordered to not dispose of any assets. Co-signers Cesar Mendoza and Maria Sonia Mendoza will come off of the unsecured appearance bond upon the posting of all available equity in the Kayla Court property in Marysville, CA.

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>5/18/2012</u> at <u>10:00 AM</u>.

By _____
Kendall J. Newman
United States Magistrate Judge