Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MOHAMMAD NAWAZ KHAN,<br><br>        Defendant. | Case No. 2:12-CR-00180 MCE<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXONERATION OF BOND |

        To secure Mr. Mohammad Nawaz Khan's release, appearance bonds secured by property owned by Mohammad Fayaz Khan and Muzmal S. Khan were filed with the court (docket entries 231 and 232). Mr. Mohammad Nawaz Khan was sentenced, on October 1, 2015, to a term of 150 months in the Bureau of Prisons.

        Therefore, it is requested that the secured bonds be exonerated and that the Court reconvey the security interests, to wit, the deeds of trust.

DATED: May 3, 2018                      /s/ Timothy E. Warriner, Attorney for Defendant, Mohammad Nawaz Khan


DATED: May 3, 2018                      /s/ Jeremy James Kelley, Assistant U.S. Attorney for the Government

1

## ORDER

GOOD CAUSE APPEARING, and pursuant to the above stipulation, the secured bonds are hereby exonerated. The Clerk of the Court is directed forthwith to reconvey the security interests, to wit, the deeds of trust.

Dated: May 4, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE