UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 8, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMMAD NAWAZ KHAN

Defendant.

Case No. 2:12-cr-00180-MCE-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MOHAMMAD NAWAZ KHAN  Case No. 2:12-cr-00180-MCE-2 Charges 18 USC § 1349 from custody for the following reasons:

| | | |
|---|---|---|
| | Release on Personal Recognizance | |
| | Bail Posted in the Sum of $ | |
| X | Unsecured Appearance Bond $ | 200,000 with co-signers as previously ordered |
| | Appearance Bond with 10% Deposit | |
| X | Appearance Bond with Surety (Secured Bond as previously ordered) | |
| | Corporate Surety Bail Bond | |
| X | (Other): Pretrial Supervision conditions as stated on the record in open court and previously imposed. | |

Issued at Sacramento, California on April 8, 2020 at 10:30 AM

By: /s/ Kendall Newman

Magistrate Judge Kendall J. Newman