Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

MOHAMMAD NAWAZ KHAN, and

MOHAMMAD ADNAN KHAN,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:12-cr-00180 MCE

STIPULATION AND ORDER
CONTINUING  DATE FOR
RESENTENCING

   Plaintiff, United States of America, by and through its counsel of record, and

Defendants, by and through their counsel of record, hereby stipulate as follows:

///

///

///

///

///

1

The judgment and resentencing date now set for June 25, 2020 be continued to August 27, 2020 at 10:00 a.m.

DATED: June 16, 2020                    /s/ Timothy E. Warriner, Attorney for
                                        Defendant, Mohammad Nawaz Khan

DATED: June 16, 2020                    /s/ Robert Wilson, Attorney for
                                        Defendant, Mohammad Adnan Khan

DATED: June 16, 2020                    /s/ Heiko Coppola, Assistant
                                        U.S.Attorney

ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from June 25, 2020 to August 27, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  June 16, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE