**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@BusinessCounsel.net

***ATTORNEYS FOR DEFENDANT***
MOHAMMAD ADNAN KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOHAMMAD NAWAZ KHAN and MOHAMMAD ADNAN KHAN,<br><br>          Defendants. | Case No.:  2:12-CR-00180 MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR RESENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows: The judgment and resentencing date now set for November 12, 2020, be continued to January 28, 2021, at 10:00 a.m.

Dated:  November 3, 2020          LAW OFFICES OF ROBERT M. WILSON

                                  <u>/s/ Robert M. Wilson</u>
                                  Robert M. Wilson
                                  Attorney for MOHAMMAD ADNAN KHAN

Dated:  November 3, 2020          LAW OFFICES OF TIMOTHY E. WARRINER

///

/s/Robert M. Wilson as authorized 11/3/2020
Timothy E. Warriner
Attorney for MOHAMMAD NAWAZ KHAN

Dated: November 3, 2020

/s/Robert M. Wilson as authorized 11/3/2020
Heiko Coppola
Assistant United States Attorney

**ORDER**

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from November 3, 2020, to January 29, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE