Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOHAMMAD NAWAZ KHAN, and<br><br>MOHAMMAD ADNAN KHAN,<br><br>　　　　Defendants. | Case No. 2:12-cr-00180 MCE<br><br>STIPULATION AND PROPOSED ORDER CONTINUING DATE FOR RESENTENCING |

To allow defense counsel additional time to meet with their clients with the assistance of an interpreter, Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The judgment and resentencing date now set for May 27, 2021 be continued to June 17, 2021 at 10:00 a.m.

DATED: May 25, 2021　　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　Defendant, Mohammad Nawaz Khan

1

DATED: May 25, 2021  /s/ Robert Wilson, Attorney for Defendant, Mohammad Adnan Khan

DATED: May 25, 2021  /s/ Heiko Coppola, Assistant U.S. Attorney

## ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from May 27, 2021 to June 17, 2021 at 10:00 a.m.

Dated: May 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE