Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Mohammad Nawaz Khan

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-00180-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) FOR REMOVAL OF ELECTRONIC |
| vs. | ) MONITORING DEVICE |
| | ) |
| MOHAMMAD NAWAZ KHAN, | ) |
| | ) |
| Defendant. | ) |

Mr. Mohammad Nawaz Khan has been ordered to self-surrender on September 10, 2021 by 2:00 p.m. and has been designated to FCI Lompoc. Pursuant to the request of the U.S. Pretrial Services officer, and in order to allow Mr. Khan to travel to FCI Lompoc, it is hereby stipulated by and between counsel for the defendant and counsel for the government, that Mr. Khan's ankle transmitter be removed by 3:30 p.m. on September 9, 2021. He will not be electronically monitored from the time the device is removed to his self-surrender at FCI Lompoc on September 10, 2021.

DATED: September 8, 2021          /s/ Timothy E. Warriner, Attorney for Mr.
                                  Mohammad Nawaz Khan

DATED: September 8, 2021          /s/ Heiko Coppola, Assistant U.S. Attorney,
                                  Attorney for the government

IT IS SO ORDERED.

1

DATED: September 9, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE