Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOHAMMAD NAWAZ KHAN,<br><br>    Defendant. | Case No. 2:12-cr-00180-TLN<br><br>REQUEST FOR EXONERATION OF BOND |

On April 9, 2020, Mr. Mohammad Nawaz Khan posted a $150,000 bond secured by real property. Docket Entry 411. The deed of trust securing Mr. Khan's release was thereafter lodged with the court. Docket Entry 421.

After resentencing following remand by the Ninth Circuit, occurring on July 12, 2021, Mr. Khan self-surrendered to serve his sentence on September 10, 2021. He is now serving sentence pursuant to the order of the court.

Therefore, it is requested that the secured bond be exonerated and that the Court reconvey the security interest, to wit, the deed of trust.

DATED: June 18, 2022              /s/ Timothy E. Warriner, Attorney for Defendant,
                                  Mohammad Nawaz Khan

## ORDER

GOOD CAUSE APPEARING, and pursuant to the above stipulation, the secured bond is hereby exonerated. The Clerk of the Court is directed forthwith to reconvey the security interest, to wit, the deed of trust.

Dated:  June 21, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE