PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00180-TLN |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| MOHAMMAD NAWAZ KHAN, | |
| Defendant. | |

On November 1, 2022, the Government requested an extension of time to December 7, 2022, to file its response to the defendant's second compassionate release motion. Docket No. 450.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due December 7, 2022.

Dated: November 2, 2022

_____
Troy L. Nunley
United States District Judge

1